**Order entered December 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01253-CV

**G.T., L.T., INDIVIDUALLY AND A/N/F OF THE MINOR O.T., ET AL., Appellants**

**V.**

**DARIUS MCCLINTON-HUNTER, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01692-2013**

## ORDER

We **GRANT** appellants G.T. and L.T.'s December 17, 2013 unopposed motion to file

brief of the minor O.T.S. and **ORDER** the brief filed no later than January 22, 2014.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE